TORGER OAAS
ATTORNEY AT LAW
618 West Main; Suite 201
Post Office Box 76
Lewistown, Montana 59457
(406) 538-2338
oaaslaw@midrivers.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PADEN DURBIN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV-17-_____<br><br>**COMPLAINT** |

**Plaintiff Alleges**

1. Plaintiff, Paden Durbin, is a citizen of the State of Montana and resides in Fergus County, Montana.

2. Plaintiff brings this case pursuant to the Federal Tort Claims Act.

3. Plaintiff was seriously injured in a motor vehicle accident on June 24, 2016 in Fergus County, MT at the junction of US Highway 87 and US Highway 89, near Eddies Corner, MT.

4. Durbin was operating a motor vehicle on US Highway 87. Ansumana Turay is a U.S. Air Force member. He was operating an Air Force vehicle on US Highway 89. Mr. Turay negligently operated his motor vehicle causing it to collide with the motor vehicle being operated by Mr. Durbin, causing injuries to Mr. Durbin.

5. This accident was investigated by the Montana Highway Patrol and this investigation concluded that Mr. Turay was 100% at fault in causing this motor vehicle accident.

6. Plaintiff has complied with the administrative claim filing requirements of the Federal Tort Claims Act.

**Relief Requested**

1. For all compensatory damages in the amount of $350,000.$^{00}$.

2. For Plaintiff's costs.

3. For such other relief as the Court deems proper.

DATED this 3rd day of March, 2017.

/s/ *Torger Oaas*
TORGER OAAS
Counsel for Plaintiff